UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLON JERMAIN CHERRY,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. C16-5866RSL<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A LATE RESPONSE** |

 Based on defendant's unopposed Motion (Dkt. 11), it is hereby

 ORDERED that defendant's response to plaintiff's motion to supplement the record (Dkt. 11-2) is considered timely.

 DATED this 2nd day of Feburary, 2017.

*MWT S Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE A LATE RESPONSE