UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLON JERMAIN CHERRY,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,[1]

Defendant.

Case No. C16-5866RSL

**ORDER GRANTING MOTION
FOR LEAVE TO FILE A LATE
RESPONSE**

Based on defendant's unopposed Motion (Dkt. 11), it is hereby

ORDERED that defendant's response to plaintiff's motion to supplement the record (Dkt.

11-2) is considered timely.

DATED this 2nd day of Feburary, 2017.

ROBERT S. LASNIK
United States District Judge

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security
Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is
substituted for Carolyn W. Colvin as Defendant in this suit. The Clerk is directed to update the
docket, and all future filings by the parties should reflect this change.

ORDER GRANTING MOTION FOR LEAVE TO FILE A LATE
RESPONSE